IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -1. PM 4:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CHESTER FINANCIAL SERVICES, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2436 Ml/V |
| LIGHT BULB DEPT ENTERPRISES, INC., ET AL., | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Plaintiff filed the Complaint in this case on June 17, 2005, and summons were issued the same day. Defendants' answers were due on July 8, 2005. Defendants have not yet answered Plaintiff's complaint. No further activity has occurred in this case and it is within this Court's discretion to dismiss the case pursuant to Fed. R. Civ. P. 41 for failure to prosecute. Plaintiff is, therefore, ORDERED to show cause within twenty (20) days of the entry of this order why this action should not be dismissed pursuant to Fed. R. Civ. P. 41 for failure to prosecute. Failure to comply with this order will result in the dismissal of this case without further notice to Plaintiff.

IT IS SO ORDERED this 1 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02436 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT